J. Russell Stedman (117130), rstedman@barwol.com
William Lee (148652), wlee@barwol.com
Kathleen E. Dyer (227216), kdyer@barwol.com
BARGER & WOLEN LLP
650 California Street, Ninth Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of
America Group Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA McCURDY, | CASE NO.: 2:05-CV-00634 WBS-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, BANK OF AMERICA GROUP LONG TERM DISABILITY PLAN, | The Honorable William B. Shubb |
| Defendants. | |

Plaintiff Patricia McCurdy ("Plaintiff") and Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Group Long Term Disability Plan ("the Plan") (hereinafter collectively "Defendants"), by and through their counsel of record, hereby stipulate to the following:

1. The parties hereto have reached an agreement to resolve this action in its entirety. The relevant documents have been finalized and the parties hereby stipulate to dismiss this action in its entirety with prejudice.

G:\DOCS\SHU\DSHU2\inBOX\Signed\05cv634 McCurdy Stip to Dismiss.doc
STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800


**IT IS SO STIPULATED.**

Dated: July ___, 2007                                    BARGER & WOLEN LLP

By: /s/ Kathleen E. Dyer
J. RUSSELL STEDMAN
WILLIAM LEE
KATHLEEN E. DYER
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE
COMPANY and BANK OF AMERICA
GROUP LONG TERM DISABILITY
PLAN

Dated: July ___, 2007

By: _____
JESSE S. KAPLAN
Attorneys for Plaintiff PATRICIA
MCCUDRY

### [PROPOSED] ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: August 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE